SARAH CROSS, Respondent, *v.* THE SECURITY TRUST AND LIFE INSURANCE COMPANY, Appellant.

*Cross* v. *Security Trust & L. Ins. Co.*, 58 App. Div. 602, affirmed.
(Argued May 27, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 13, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*John W. Brainsby* and *Vincent Rosemon* for appellant.

*Charles M. Demond* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

W. P. FULLER & Co., Respondent, *v.* WENZEL SCHRENK et al., Appellants.

*Fuller & Co.* v. *Schrenk*, 58 App. Div. 222, affirmed.
(Argued May 27, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1901, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*John J. Gleason* for appellants.

*George S. Hamlin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.